## Tom Manning v. The United States.

(Filed September 3, 1904.)

CRIMINAL LAW—Error Must be Pointed Out—Failure to File Briefs.
An appellate court will not search for error, but it is the duty
of one appealing, even in a criminal case, to direct the atten-
tion of the appellate court to the particular errors complained of.

(Syllabus by the Court.)

*Error from the District Court of Caddo County; before
F. E. Gillette, Trial Judge.*

*Mitchell & Lane,* for plaintiff in error.

*Horace Speed, United States Attorney,* for defendant in
error.

Opinion of the court by

BURWELL, J.: The appellant was convicted of dispos-
ing of intoxicating liquors to Indians. He appeals to this
court, and prays a reversal of the judgment and sentence.
He has filed no briefs. If there is any error in the record
it is his duty to point it out to the court. An appellate
court will not search for error, and our attention has been
called to none.

The judgment of the lower court is hereby affirmed,
and it is ordered that it be carried into execution at the cost
of the appellant.

Gillette, J., who presided in the court below, not sit-
ting; all the other Justices concurring.